# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 2, 2021

162219

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

CHARLES LESTER FRY,
       Plaintiff-Appellant,

v

JOSHUA THOMAS JOHNSON,
       Defendant-Appellee.

SC: 162219
COA: 354184
Isabella CC: 19-015461-NI

_____/

      On order of the Court, the application for leave to appeal the October 13, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2021



t0526

                  Clerk